James T. BROWN, M.D., Petitioner,

v.

The PEOPLE of the State of Colorado, ex rel. Duane WOODARD, Attorney General, Respondent.

No. 89SC162.

Supreme Court of Colorado, EN BANC.

July 17, 1989.

Petition for Writ of Certiorari DENIED.

■

The PEOPLE of the State of Colorado, Plaintiff–Appellee,

v.

David C. WELLS, Defendant–Appellant.

No. 87SA291

Supreme Court of Colorado, EN BANC.

July 24, 1989.

Petition for Rehearing DENIED.